Mark A. Krasner, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>Defendants. | '07 CV 2089 BTM (LSP)<br><br>Civil Action No.:<br><br>**CERTIFICATION OF SERVICE** |

   I, **MARK A. KRASNER**, hereby certify that on October 31, 2007, the following documents were filed with the Clerk of the Court via hand delivery on behalf of, Defendants Advent Product Development, Inc., Denice Thurlow and Alfonso Eiland:

   1. Notice of Removal;
   2. Defendant Advent Product Development, Inc.'s Rule 7.1 Disclosure Statement;
   3. Civil Cover Sheet; and
   4. Certificate of Service.

#1240419 v2
107136-60623

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via Federal Express overnight delivery service upon:

William B. Sullivan, Esq.
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101

I also certify, that on this date, my office delivered via Federal Express overnight delivery service a copy of the [CORRECTED] Notice of Filing of Notice of Removal along with accompanying exhibits to:

**Clerk of the Superior Court of the State of California**
County of San Diego
Hall of Justice
330 W. Broadway
San Diego, California 92101

I also certify, that on this date, my office delivered via Federal Express overnight delivery service a copy of the [CORRECTED] Notice of Filing of Notice of Removal along with accompanying exhibits to:

William B. Sullivan, Esq.
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   October 31, 2007
         La Jolla, California

**BLANCHARD, KRASNER & FRENCH**

*Mark A. Krasner*
Mark A. Krasner
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone (858) 551-2440
Facsimile (858) 551-2434
*Attorneys for Defendant*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

2

#1240419 v2
107136-60623