Mark A. Krasner, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*



FILED
07 OCT 31 PM 1:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Civil Action No.:<br><br>**07 CV 2089 BTM (LSP)**<br><br>**DEFENDANT ADVENT PRODUCT DEVELOPMENT, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

///

///

///

#1234061
107136-60623

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Advent Product Development, Inc., hereby certifies that Advent Product Development, Inc. is not owned by any other entity and no publicly held corporation owns ten percent (10%) or more of the stock of Advent Product Development.

                **BLANCHARD, KRASNER & FRENCH**

                */s/ Mark A. Krasner*
                Mark A. Krasner
                800 Silverado Street, 2nd Floor
                La Jolla, California 92037
                Telephone (858) 551-2440
                Facsimile (858) 551-2434

                *Attorneys for Defendant*
                *Advent Product Development, Inc.,*
                *Denice Thurlow, and Alphonso Eiland*

Dated: October 31, 2007
        La Jolla, California