Mark A. Krasner, Esq.
A. Kipp Williams, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>*Document electronically filed.*<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS**<br><br>**Oral Argument Requested**<br><br>**Motion Date: December 28, 2007** |

**PLEASE TAKE NOTICE** that on December 28, 2007, at 11:00 a.m. or as soon thereafter as counsel may be heard, Blanchard, Krasner & French for Defendants Advent Product Development, Inc., Denice Thurlow, and Alphonso Eiland, shall move before the United States District Court for the Southern District of California for the

entry of an Order to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(3) in accordance with the parties' forum selection clause and due to an already pending litigation.

**PLEASE TAKE FURTHER NOTICE** that counsel for the moving party shall rely upon the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss, the Declaration of Denice Thurlow, and the Declaration of A. Kipp Williams, Esq. as well as the exhibits thereto, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for the moving party requests oral argument.

**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, Second Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow and Alfornso Eiland*

Dated: November 7, 2007                s/ A. Kipp Williams
     La Jolla, California                       A. Kipp Williams

Of Counsel:

David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

- 2 -

#1233887v1
107136-60623