Mark A. Krasner, Esq.
A. Kipp Williams, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

Of Counsel:
David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>***Document electronically filed.***<br><br><u>**CERTIFICATION OF SERVICE**</u> |

I, **A. KIPP WILLIAMS**, hereby certify that on November 7, 2007, the following

documents were electronically filed with the Clerk of the Court on behalf of, Defendants

Advent Product Development, Inc., Denice Thurlow and Alfonso Eiland:

      1.     Defendants' Notice of Motion to Dismiss;

#1233888 v2
107136-60623

2.      Memorandum of Points and Authorities in Support of the Motion to Dismiss;

3.      Declaration of Denice Thurlow in Support of the Motion to Dismiss;

4.      Declaration of A. Kipp Williams, Esq. in Support of the Motion to Dismiss;

5.      [Proposed] Form of Order Granting Motion to Dismiss; and

6.      Certificate of Service.

I further certify that true and correct copies of the foregoing documents were served via Federal Express upon:

Eric J. Palmer, Esq.
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  November 7, 2007        **BLANCHARD, KRASNER & FRENCH**
       La Jolla, California

 s/ A. Kipp Williams
A. Kipp Williams
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone (858) 551-2440
Facsimile (858) 551-2434

*Attorneys for Defendant*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

Of Counsel:

David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310

#1233888 v2
107136-60623