Mark A. Krasner, Esq.
A. Kipp Williams, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

Of Counsel:
David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE OF CARRIE A. LONGSTAFF, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned, having been admitted *pro hac vice* in the above captioned matter on December 5, 2007 to represent Advent Product Development, Inc., hereby enters her appearance as counsel in this action for Defendants Denice Thurlow and Alphonso Eiland. Please serve copies of all papers in

#1253171 v1
107136-60623

the captioned action upon the undersigned attorney at the address and e-mail listed below.

Dated: December 14, 2007
Newark, New Jersey

By: _____
Carrie A. Longstaff
clongstaff@gibbonslaw.com
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Attorneys for Defendants Denice Thurlow and Alphonso Eiland*

#1253171 v1
107136-60623