Mark A. Krasner, Esq.
A. Kipp Williams, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

Of Counsel:
David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>*Document electronically filed.*<br><br>**DECLARATION OF ALPHONSO EILAND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

1. I, Alphonso Eiland, am an individually named Defendant in the above captioned matter. I hereby make this Declaration in support of Defendants'

Opposition to Plaintiff's Motion to Remand this matter.

2. I am a citizen of the State of California and of the United States and an individual residing and domiciled at 3741 52nd Street #A, San Diego, California 92105. My permanent home, where I intend to remain, is located in San Diego, California.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

BY: *(signature)* Alphonso Eiland

Dated: December 12, 2007
San Diego, California

#1251529 v1
107136-60623