Mark A. Krasner, Esq.
A. Kipp Williams, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

Of Counsel:
David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>***Document electronically filed.***<br><br>**DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL**<br><br>**Motion Date: January 18, 2008 at 11:00 a.m.**<br>**(Per Chamber's No Oral Argument)** |

**PLEASE TAKE NOTICE** that on January 18, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, Blanchard, Krasner & French for Defendants Advent Product Development, Inc., Denice Thurlow, and Alphonso Eiland, shall move before the United States District Court for the Southern District of California for the

- 1 -

#1252821v1
107136-60623

entry of an Order granting Defendants' leave to file an amended notice of removal pursuant to 28 U.S.C. § 1653.

**PLEASE TAKE FURTHER NOTICE** that counsel for the moving party shall rely upon the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion for Leave to Amend and the Declaration of Carrie A. Longstaff, Esq. as well as the exhibits thereto, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for the moving party requests oral argument.

**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, Second Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow and Alfornso Eiland*

Dated: December 14, 2007        s/ A. Kipp Williams
       La Jolla, California           A. Kipp Williams

Of Counsel:

David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500