Mark A. Krasner, Esq.
A. Kipp Williams, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

Of Counsel:
David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>***Document electronically filed.***<br><br>**CERTIFICATION OF SERVICE** |

I, **A. KIPP WILLIAMS**, hereby certifies that on December 14, 2007, I caused the following documents to be served upon Plaintiff's counsel:

    1.    Defendants' Notice of Motion for Leave to File an Amended Notice of Removal;

    2.    Memorandum of Points and Authorities in Support of Defendants' Motion for Leave to File an Amended Notice of Removal;

    3.    Declaration of Carrie A. Longstaff, Esq. in Support of the Motion for Leave to File an Amended Notice of Removal;

    4.    [Proposed] Form of Order Granting Motion for Leave to Amend; and

    5.    Certificate of Service.

I further certify that true and correct copies of the foregoing documents were served via electronic filing and first class mail upon the following:

Alison M. Miceli, Esq.
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101
alison@sullivanandchristiani.com

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 14, 2007      **BLANCHARD, KRASNER & FRENCH**
       La Jolla, California

                                                           s/ A. Kipp Williams
                                                         A. Kipp Williams
                                                         800 Silverado Street, 2nd Floor
                                                         La Jolla, California 92037
                                                         Telephone (858) 551-2440
                                                         Facsimile (858) 551-2434

                                                         *Attorneys for Defendant*
                                                         *Advent Product Development, Inc.,*
                                                         *Denice Thurlow, and Alphonso Eiland*

Of Counsel:

David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310