Mark A. Krasner, Esq.
A. Kipp Williams, Esq.
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

Of Counsel:
David E. De Lorenzi, Esq.
Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>***Document electronically filed.***<br><br>**NOTICE OF ERRATA** |

      **PLEASE TAKE NOTICE** that Blanchard, Krasner & French for Defendants, Advent Product Development, Inc., Denice Thurlow, and Alphonso Eiland, hereby files this Notice of Errata in the above captioned action in order to correct a typographical

error set forth in the Declaration of Denice Thurlow in Support of Defendants' Opposition to Plaintiff's Motion to Remand (hereinafter "Thurlow Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Thurlow Declaration was filed on December 14, 2007 both in opposition to Plaintiff's Motion to Remand to State Court (Docket Entry 8) and affixed as Exhibit 3 to the Memorandum of Points and Authorities in support of Defendants' motion for leave to file an amended notice of removal (Docket Entry 9) and should be replaced with the accompanying [CORRECTED] Declaration of Denice Thurlow in Support of Defendants' Opposition to Plaintiff's Motion to Remand.

**PLEASE TAKE FURTHER NOTICE** that the Thurlow Declaration has been corrected to state that Ms. Thurlow is a "citizen of the State of South Carolina" rather than a "citizen of the State of California" as shown in paragraph 2.

**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, Second Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow and Alfornso Eiland*

Dated: December 17, 2007         s/ A. Kipp Williams
       La Jolla, California          A. Kipp Williams

#1253810 v1
107136-60623