William B. Sullivan [CSB No. 171637]
Alison M. Miceli [CSB No. 243131]
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101
(619) 702-6760 * (619) 702-6761 FAX

Attorneys for Plaintiff MATTHEW WATERS,
individually and on behalf of other members
of the general public similarly situated,

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and Does 1 through 50, inclusive,<br><br>        Defendants. | Civil Action No.: 07CV2089 (BTM) (LSP)<br><br>**CLASS ACTION**<br><br>**[CORRECTED] CERTIFICATION OF SERVICE**<br><br>*Oral Argument Requested*<br><br>*Document Electronically Filed*<br><br>Date:  December 28, 2007<br>Time:  11:00 a.m.<br>Dept:  15<br>Judge: Hon. Barry Ted Moskowitz |

I, Alison M. Miceli, hereby certify that on December 19, 2007, the following documents were electronically filed with the Clerk of the Court on behalf of, Plaintiff MATTHEW WATERS:

1.    Plaintiff's Reply Brief in Opposition to the Motion to Remand;

2.    Plaintiff's Objection to the Declaration of Denice Thurlow;

3.    Plaintiff's Objection to Exhibit B attached to the Declaration of Denice Thurlow;

4.    Plaintiff's Objection to Exhibit B attached to the Declaration of Carrie Longstaff;

5.    Declaration of Alison M. Miceli, Esq. in Reply to Defendants' Opposition to the Motion to Remand;

6.    Notice of Lodgement; and

*ORIGINAL*

7.    Certificate of Service.

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via US mail upon:

A. Kipp Williams, Esq.
Blanchard, Krasner & French
800 Silverado St. 2nd Floor
La Jolla, CA 92037

Carrie A. Longstaff, Esq. (admitted *pro hac vice*)
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 20, 2007                    **SULLIVAN & CHRISTIANI, LLP**

William B. Sullivan,
Alison M. Miceli,
Attorneys for Plaintiff,
MATTHEW WATERS

[Corrected] Certificate of Service                    2                    Civil Action No.:07CV2089 (BTM) (LSP)