A. Kipp Williams, Esq. (SBN 165688)
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone: (858) 551-2440
Facsimile: (858) 551-2434

*Attorneys for Defendants*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Civil Action No.: 07-cv-2089 (BTM)(LSP)<br><br>*Document electronically filed.*<br><br>**CERTIFICATION OF SERVICE** |

I, **A. KIPP WILLIAMS**, hereby certifies that on December 20, 2007, I caused the following documents to be served upon Plaintiff's counsel:

    1.    Memorandum of Points and Authorities in Further Support of Defendants' Motion to Dismiss;

    2.    Declaration of A. Kipp Williams, Esq.; and

    3.    Certificate of Service.

I further certify that true and correct copies of the foregoing documents were served via electronic filing and first class mail upon the following:

Alison M. Miceli, Esq.
**SULLIVAN & CHRISTIANI, LLP**
2330 Third Avenue
San Diego, California 92101
alison@sullivanandchristiani.com

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  December 20, 2007   **BLANCHARD, KRASNER & FRENCH**
 La Jolla, California

 s/ A. Kipp Williams
A. Kipp Williams
800 Silverado Street, 2nd Floor
La Jolla, California 92037
Telephone (858) 551-2440
Facsimile (858) 551-2434

*Attorneys for Defendant*
*Advent Product Development, Inc.,*
*Denice Thurlow, and Alphonso Eiland*