```
 1  MARK A. KRASNER, ESQ. (SBN 99036)
    A. KIPP WILLIAMS, ESQ. (SBN 165688)
 2  BLANCHARD, KRASNER & FRENCH
    800 Silverado Street, 2nd Floor
 3  San Diego, California 92037
    Telephone: (858) 551-2440
 4  Facsimile:  (858) 551-2434

 5  CARRIE A. LONGSTAFF, ESQ. (admitted pro hac vice)
    GIBBONS P.C.
 6  One Gateway Center
    Newark, New Jersey 07102-5310
 7  Telephone: (973) 596-4500

 8  Attorneys for Defendants
    ADVENT PRODUCT DEVELOPMENT, INC.,
 9  DENICE THURLOW, AND
    ALPHONSO EILAND
10
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 07-cv-2089 (BTM)(LSP)<br><br>**PROOF OF SERVICE**<br><br>*Document Electronically Filed*<br><br>JUDGE: Hon. Barry Ted Moskowitz<br>DEPT: 15 |

I, **MARI WADSWORTH**, hereby certify that on January 11, 2008, the following documents were electronically filed with the Clerk of the Court on behalf of Defendants Advent Product Development, Inc., Denice Thurlow and Alfonso Eiland:

    1.    **MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL**

1

2.     **CERTIFICATE OF SERVICE**

I further certify that true and correct copies of the foregoing documents along with accompanying exhibits were served via E-mail and First-Class U.S. Mail upon:

Eric J. Palmer, Esq.<br>
Alison Miceli, Esq.<br>
<b>SULLIVAN & CHRISTIANI, LLP</b><br>
2330 Third Avenue<br>
San Diego, California 92101

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  January 11, 2008                    **BLANCHARD, KRASNER & FRENCH**
        La Jolla, California

                                            _Mari Wadsworth_
                                            Mari Wadsworth