1  MARK A. KRASNER, ESQ. (SBN 99036)
   A. KIPP WILLIAMS, ESQ. (SBN 165688)
2  **BLANCHARD, KRASNER & FRENCH**
   800 Silverado Street, 2nd Floor
3  San Diego, California 92037
   Telephone: (858) 551-2440
4  Facsimile:  (858) 551-2434

5  CARRIE A. LONGSTAFF, ESQ. (admitted pro hac vice)
   **GIBBONS P.C.**
6  One Gateway Center
   Newark, New Jersey 07102-5310
7  Telephone: (973) 596-4500

8  Attorneys for Defendants
   ADVENT PRODUCT DEVELOPMENT, INC.,
9  DENICE THURLOW, AND
   ALPHONSO EILAND

10

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15  MATTHEW WATERS, individually and on          CASE NO.: 07-cv-2089 (BTM)(LSP)
    behalf of other members of the general public
16  similarly situated,                          *DOCUMENT ELECTRONICALLY FILED.*

17                 Plaintiff,                     **SUPPLEMENTAL DECLARATION OF**
                                                  **CARRIE A. LONGSTAFF, ESQ.**
18          v.

19  ADVENT PRODUCT DEVELOPMENT,
    INC., a South Carolina Corporation, DENICE
20  THURLOW, ALPHONSO EILAND, and
    DOES 1 through 50, inclusive,
21
22                 Defendants.

23
           1.      I, Carrie A. Longstaff, am an attorney with the law firm of Gibbons P.C. and
24
25  am admitted *pro hac vice* to practice before this Court in the above captioned action. I

26  hereby make this Declaration in support of defendants' (collectively, "Advent") motion to

27  dismiss.

28         2.      Our firm, together with the law firm of Blanchard Krasner & French

                                               1

1  represent Advent in the above captioned action.

2      3.    Currently pending before the Court is Advent's motion to dismiss, grounded

3  in part on an earlier filed, substantially related action pending between the parties in

4  South Carolina and a forum selection clause in the parties' underlying agreement that

5  requires that all disputes be adjudicated in South Carolina courts. Advent's motion was

6  filed on November 7, 2007. (Mot. Dismiss, Docket Entry 4 (Nov. 7, 2007)).

7

8      4.    The purpose of this declaration is to update the Court on the status of the

9  South Carolina action. Discovery in the South Carolina action is underway. Specifically,

10  written discovery requests have been served and plaintiff Mathew Waters' deposition is

11  currently scheduled.

12

13  I declare under penalty of perjury that the foregoing information is true and

14  correct to the best of my knowledge.

15

16

17                                    BY: _____
                                          Carrie A. Longstaff

18  Dated: February 22, 2008

19         Newark, New Jersey

20

21

22

23

24

25

26

27

28

2