*Waters v. Advent*
U.S. District Court, Southern District of California
Case No.: 37-2007-00075223-CU-FR-CTL

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the action; I am not a registered California process server; and I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is 800 Silverado Street, 2nd Floor, La Jolla, California 92037.

On **February 22, 2008**, I caused the following document(s) to be served:

**SUPPLEMENTAL DECLARATION OF CARRIE A. LONGSTAFF, ESQ.**

The manner of service was:

__X__ by mailing a copy thereof to each addressee named hereafter at the address(es) listed below. I sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, at my business address shown above, following ordinary business practices; and/or

___ by faxing a copy thereof to each addressee named hereafter pursuant to California Rules of Court, Rule 2006. The facsimile number(s) of the addressee(s) are listed below. _____ pages were transmitted and no error was reported by the machine; and/or

___ by overnight delivery of a copy thereof to each addressee named hereafter at the address(es) listed below. I sealed the envelope or package and placed it for collection at a designated station or other facility regularly maintained by such overnight delivery service or delivered to an authorized courier or driver authorized by such delivery service to receive documents with the delivery fees prepaid.

| | |
|---|---|
| William B. Sullivan, Esq.<br>Alison M. Miceli, Esq.<br>SULLIVAN & CHRISTIANI, LLP<br>2330 Third Avenue<br>San Diego, CA 92101<br>Telephone: (619) 702-6760<br>Facsimile: (619) 702-6761 | Attorneys for Plaintiff<br>MATTHEW WATERS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 22, 2008**, at La Jolla, California.

*/s/ Mari Wadsworth*
_____
Mari Wadsworth

1                                                                                       Proof of Service