MARK A. KRASNER, ESQ. (SBN 99036)
A. KIPP WILLIAMS, ESQ. (SBN 165688)
**BLANCHARD, KRASNER & FRENCH**
800 Silverado Street, 2nd Floor
San Diego, California 92037
Telephone: (858) 551-2440
Facsimile:  (858) 551-2434

CARRIE A. LONGSTAFF, ESQ. (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

Attorneys for Defendants
ADVENT PRODUCT DEVELOPMENT, INC.,
DENICE THURLOW, AND
ALPHONSO EILAND

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.: 07-cv-2089 (BTM)(LSP)<br><br>**UNOPPOSED MOTION FOR ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*Document Electronically Filed*<br><br>DIST. JUDGE: Hon. Barry Ted Moskowitz<br>MAGISTRATE JUDGE: Hon. Leo S. Papas<br>DEPT:   15 |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 12.1 of the Local Civil Rules of this Court, Advent Product Development, Inc., Denice Thurlow and Alphonso Eiland (collectively, the "Defendants") respectfully request a 10-day extension of time to respond to Plaintiff Matthew Waters' ("Plaintiff") September 18, 2007, Complaint in the above-captioned action (the "Complaint"). In support of this motion, Defendants submit the following:

1

1.   By order dated June 26, 2008, and entered in this action on June 27, 2008, the Honorable Barry Ted Moskowitz, U.S.D.J., (i) denied Plaintiff's motion to remand this action to state court, (ii) denied as moot Defendants' motion for leave to file an amended notice of removal and (iii) denied Defendants' motion to dismiss the Complaint.  Accordingly, pursuant to Rules 12(a)(4)(A) and 6(a) of the Federal Rules of Civil Procedure, Defendants' response to the Complaint, absent the extension requested pursuant to this motion, is due on July 14, 2008.  Thus, the time within which Defendants must respond to the Complaint has not yet expired.

2.   No previous applications or motions for an extension of time within which Defendants shall respond to the Complaint have been made or granted.

3.   Counsel for Plaintiff, William Sullivan, Esq., consented to the 10-day extension of time in a telephone conversation on July 9, 2008.

**WHEREFORE,** Defendants Advent Product Development, Inc., Denice Thurlow and Alphonso Eiland respectfully request the entry of an order, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 12.1 of the Local Civil Rules of this Court, extending the time within which they must respond to plaintiff Matthew Waters' September 18, 2007 complaint in the above-captioned action by 10 days, from July 14, 2008 to and including July 24, 2008.

BLANCHARD, KRASNER & FRENCH

Dated: July 10, 2008      By: _____
A. Kipp Williams, Esq.
Attorneys for Defendants
ADVENT PRODUCT DEVELOPMENT, INC.,
DENICE THURLOW, AND
ALPHONSO EILAND