*Matthew Waters v. Advent Product Development,* et al.
U.S.D.C.-California, South Case No. 07-cv-2089 (BTM)(LSP)

## PROOF OF SERVICE

I, the undersigned, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the action; I am not a registered California process server; and I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is 800 Silverado Street, 2nd Floor, La Jolla, California 92037.

On **July 10, 2008**, I caused the following document(s) to be served:

**UNOPPOSED MOTION FOR ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT.**

The manner of service was:

 X  by mailing a copy thereof to each addressee named hereafter at the address listed below. I sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, at my business address shown above, following ordinary business practices; and/or

 __  by faxing a copy thereof to each addressee named hereafter pursuant to California Rules of Court, Rule 2006. The facsimile number(s) of the addressee(s) are listed below. Three pages were transmitted and no error was reported by the machine; and/or

 __  by personal service. I personally delivered a copy thereof to each addressee named hereafter at the address(es) listed below, by leaving the documents with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

 X  by causing a Notice of Electronic Filing to be issued via e-mail to the e-mail addresses listed below, and by electronically filing a true and correct copy of the above documents with the Court.

| | |
|---|---|
| William B. Sullivan, Esq.<br>Alison Micelli, Esq.<br>SULLIVAN & CHRISTIANI, LLP<br>2330 Third Avenue<br>San Diego, CA 92101<br>alison@sullivanandchristiani.com<br>williamsullivan@law.com | Attorneys for Plaintiff<br>MATTHEW WATERS<br><br>Telephone: (619) 702-6760<br>Facsimile: (619) 702-6761 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 10, 2008**, at La Jolla, California.

_____
Mari Wadsworth

1

Proof of Service