UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation, DENICE THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive,<br><br>Defendants. | Civil Action No. 07cv2089 BTM (LSP)<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**THIS MATTER** having been presented to the Court upon the unopposed motion of Defendants Advent Product Development, Inc., Denice Thurlow and Alphonso Eiland (collectively, the "Defendants") for a 10-day extension of time for Defendants to respond to plaintiff Matthew Waters' September 18, 2007, Complaint in the above-captioned action, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 12.1 of the Local Civil Rules of this Court; and with the consent of all parties, and for good cause shown,

1  **IT IS HEREBY ORDERED** that the Motion for an Extension of Time is **GRANTED**.

2  Defendants are hereby ordered to respond to Plaintiff's September 18, 2007, Complaint on or

3  before July 24, 2008.

4  Dated: July 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge