1  MARK A. KRASNER, ESQ. (SBN 99036)
   A. KIPP WILLIAMS, ESQ. (SBN 165688)
2  **BLANCHARD, KRASNER & FRENCH**
   800 Silverado Street, 2nd Floor
3  San Diego, California 92037
   Telephone: (858) 551-2440
4  Facsimile:  (858) 551-2434

5  CARRIE A. LONGSTAFF, ESQ. (admitted *pro hac vice*)
   MELISSA C. FULTON, ESQ. (admitted *pro hac vice*)
6  MICHAEL R. McDONALD, ESQ. (admitted *pro hac vice*)
   **GIBBONS P.C.**
7  One Gateway Center
   Newark, New Jersey 07102-5310
8  Telephone: (973) 596-4500

9  Attorneys for Defendants
   ADVENT PRODUCT DEVELOPMENT, INC.,
10 DENICE THURLOW, AND
   ALPHONSO EILAND

11

12

13                UNITED STATES DISTRICT COURT

14            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MATTHEW WATERS, individually and on behalf of other members of the general public 17  similarly situated, | CASE NO. 07-CV-2089 (BTM) (LSP) **PROOF OF SERVICE** |
| 18           Plaintiff, | ***Document Electronically Filed*** |
| 19       v. | JUDGE: Hon. Barry Ted Moskowitz |
| 20  ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina corporation, DENICE 21  THURLOW, ALPHONSO EILAND, and DOES 1 through 50, inclusive, 22 | DEPT:  15 |
| 23          Defendants. | |

24
        I, Melissa C. Fulton, hereby certify that on July 24, 2008, the following documents were
25
   electronically filed with the Clerk of the Court on behalf of Defendants Advent Product
26
   Development, Inc., Denice Thurlow and Alfonso Eiland:
27

28

1.     Answer to Class Action Complaint; and

2.     Proof of Service.

I further certify that true and correct copies of the foregoing documents were served via E-mail and First-Class U.S. Mail upon:

> William Sullivan, Esq.
> Alison Miceli, Esq.
> **SULLIVAN & CHRISTIANI, LLP**
> 2330 Third Avenue
> San Diego, California 92101

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 24, 2008

*[signature]*

Melissa C. Fulton
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500