# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATERS, individually, and on behalf of other members of the general public similarly situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>ADVENT PRODUCT DEVELOPMENT, INC., a South Carolina Corporation; and DOES 1 through 50, inclusive,<br><br>                                    Defendants. | CASE NO. 07cv2089 BTM(WVG)<br><br>**ORDER RE: ENTRY OF DEFAULT** |

In an order filed on March 17, 2010, the Court ordered Defendant to show cause why default should not be entered against it for failing to retain new counsel by March 1, 2010, as previously ordered by the Court.  Defendant did not appear at the OSC hearing on May 18, 2010.  Accordingly, the Court **orders the Clerk to enter default** against Defendant Advent Product Development, Inc.  Prior to June 21, 2010, Defendant may file a notice of appearance and may seek to vacate the entry of default.  If Defendant does not seek to vacate the entry of default by June 21, 2010, Plaintiff may file a motion for default judgment. Any papers filed by Plaintiff must be served on Advent at the address below.

**IT IS SO ORDERED.**

DATED:  May 19, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge

cc:

Advent Product Development, Inc.
742 Mink Avenue #11
Murrells Inlet, SC 29576