# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

MATTHEW WATERS, JAMES
HOLSTON, WILLIAM MARRS, ARTHUR
GARCIA, DENNIS McCORMICK and
VERONICA JACK, individually and on
behalf of other members of the general
public similarly situated

V.                                                                    **JUDGMENT IN A CIVIL CASE**

ADVENT PRODUCT DEVELOPMENT,
INC., a South Carolina Corporation, DENNIS
THURLOW, ALPHONSO EILAND,
DAVID HEINE, an Individual, WILLIAM                **CASE NUMBER:**   07CV2089-BTM(WVG)
T. MORRELL, an Individual and DOES 1
through 50, inclusive

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Grants Judgment in favor of Matthew Waters and against Advent Product Development, Inc., in the amount of $23,430; Judgment in favor of James Holston and against Advent Product Development, Inc., in the amount of $23,430; Judgment in favor of William Marrs and against Advent Product Development, Inc., in the amount of $14,190; Judgment in favor of Arthur Garcia and against Advent Product Development, Inc., in the amount of $23,430; Judgment in favor of Dennis McCormick and against Advent Product Development, Inc., in the amount of $23,430; and Judgment in favor of Veronica Jack and against Advent Product Development, Inc., in the amount of $23,430.

|  |  |
|---|---|
| February 13, 2012 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |
|  | ENTERED ON February 13, 2012 |

07CV2089-BTM(WVG)